AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>THOMPSON, Evan<br><br>**Defendants** | )<br>)<br>)  Case No.   8:19-MJ-37 (GLF)<br>)<br>)<br>)<br>)<br>) |

U.S. DISTRICT COURT - N.D. OF N.Y.
**FILED**
JAN 29 2019
AT_____ O'CLOCK_____
John M. Domurad, Clerk - Plattsburgh

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of October 17, 2018, in the county of Franklin in the Northern District of New York the defendant violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1324(a)(1)(A)(ii) & (v)(I) & (v)(II) | Evan THOMPSON, did knowingly and in reckless disregard of the fact that an alien has come to, entered, or remains in the USA, in violation of law, did transport, move, attempt to transport or move, and aided and abetted and conspired to commit the transportation and movement of, such alien within the USA by means of transportation or otherwise, in furtherance of such violation of law. |

This criminal complaint is based on these facts:

☒   Continued on the attached sheet.

_____
Complainant's signature

Tyler Shaver, United States Border Patrol Agent
_____
Printed name and title

Sworn to before me and signed in my presence.

Date:   January 29, 2019

_____
Judge's signature

City and State:   Plattsburgh, New York

Hon. Gary L. Favro, U.S. Magistrate Judge
_____
Printed name and title

*United States of America v. THOMPSON, Evan et al*

On October 17, 2018, at approximately 8:30PM, United States Border Patrol (USBP) agents apprehended three Indian nationals near Constable, New York pursuant to a traffic stop by the New York State Police. The three Indian nationals were identified as driver Gurpal SINGH, front seat passenger Balvir SINGH, and rear seat passenger Jagdeep. The vehicle was identified as black 2016 Ford Expedition bearing New York license plate XXXXXXXX, which is registered to Gurpal SINGH of Jamaica, New York. USBP agents determined that all three of the Indian nationals did not possess valid immigration or alien registration documents. USBP agents transported all three Indian nationals and the vehicle to the Burke Border Patrol Station for further processing. At the Burke Border Patrol Station, Border Patrol Intelligence Agent Deshane and Border Patrol Intelligence Agent Sutherland conducted a post-arrest interview with Gurpal SINGH. Gurpal SINGH waived his Miranda rights and agreed to speak with agents. Gurpal SINGH also consented to a search of his electronic devices, to include four cellphones, and an ADAS Full-HD dash camera.

Agents were able to determine the following from preliminary analysis of the ADAS dash camera video as well as Gurpal SINGH's iphone:

- 7:25PM – black Ford Expedition arrives in the Akwesasne Mohawk Casino parking lot.
- 7:27PM – Gurpal SINGH's iPhone receives a call from phone number 315-XXX-XXXX. A synopsis of this call is as follows:
    - A male voice states: "Hey, I'm just pulling in, I have a black Kia Soul. When you see me, just follow me."
- 7:28PM – a black Kia Soul passes by in front of the black Ford Expedition. At this time the male driver of the Kia Soul makes a "follow me" hand gesture to the occupants of the black Ford Expedition.
- 7:29PM – the black Ford Expedition departs the Akwesasne Mohawk Casino parking lot following in tandem with the black Kia Soul.
- 7:35PM – the black Ford Expedition follows the black Kia Soul into the driveway of what agents recognize as 250 St. Regis Road, Hogansburg, New York. Agents know this to be the residence of Evan THOMPSON.
- 7:36PM – both vehicles pull behind the Evan THOMPSON residence. Evan THOMPSON is positively identified as the driver of the black Kia Soul vehicle. Evan THOMPSON exits the black Kia Soul and makes a "turn off the lights" hand gesture to the occupants of black Ford Expedition.
- 7:38PM – both vehicles depart the Evan THOMPSON residence and travel in tandem toward St. Regis Road.
- 7:39PM – the black Kia Soul license plate is positively identified as Ontario XXXXXXXX. *This* license plate is currently registered to Evan E. THOMPSON of John Thompson Road, Akwesasne,

Ontario, Canada. The vehicle is currently registered as a black 2010 Kia Soul, bearing Vehicle Identification Number XXXXXXXXXXXXXXXXX.

At the Burke Border Patrol Station, Agent Deshane and Agent Sutherland conducted a post-arrest interview of Balvir SINGH. Balvir SINGH waived his Miranda rights and agreed to speak with agents. Balvir SINGH stated that he had received a call from his cousin's brother's son who told him that "Aman" was somewhere in the US and that "Aman" needed to be picked up and brought to the New York City area (Balvir SINGH referred to Jagdeep SINGH as "Aman" throughout the interview). Balvir SINGH stated that "Aman's" father had sent him $4000 which he picked up from an unknown man in a church parking lot in the New York City area. Balvir SINGH stated that he and Gurpal SINGH drove from Queens, New York to a casino (the Akwesasne Mohawk Casino). Balvir SINGH stated that he was driving the black Ford Expedition at the time that they followed the black Kia Soul from the casino to the residence. Balvir SINGH described the driver of black Kia Soul as a male with longer hair on the back of his head. Balvir SINGH stated that Jagdeep SINGH came from inside the residence in order to meet them at the waiting vehicles.

Agent Deshane and Agent Sutherland are familiar with the investigation of this alien smuggling organization and positively identify Evan THOMPSON as the driver of the black Kia Soul bearing Ontario license plate XXXXXXXX. During processing Jagdeep SINGH stated that he was a citizen of India. His biographic information and fingerprints were entered into Homeland Security databases. Record checks confirmed that SINGH, Jagdeep did not have any visa or permission to be present in the United States legally. Jagdeep SINGH also stated that he had been in Canada for the past three weeks. Jagdeep SINGH continued to state that he had crossed into the United States with the help of other people that he did not know, approximately one hour after dusk.

.